IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN KENNETH LEADINGHAM, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:14-cv-932-K |
| | § | |
| WARDEN KENNETH MCKEE, | § | |
| | § | |
| Respondent. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this action is DISMISSED without prejudice for lack of jurisdiction. Because this case is subject to summary dismissal, the Court waives the $5.00 filing fee in order to conserve scarce judicial resources. Petitioner is not proceeding in forma pauperis.

SO ORDERED.

Signed April 15th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE